# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRISH HELP AT HOME LLC and BRIDGET McDERMOTT,<br><br>        Plaintiffs,<br><br>  vs.<br><br>ROSEMARY MELVILLE, California Service Center, U.S. Citizenship and Immigration Services; ALEXANDER MAYORKAS, Director, U.S. Citizenship and Immigration Services; U.S. DEPARTMENT OF HOMELAND SECURITY; JANET NAPOLITANO, Secretary,<br><br>        Defendants. | No. 3:13-cv-00943-MEJ<br><br>Date served: April 4, 2013<br>Current response date: June 3, 2013<br>New response date: September 3, 2013 |

## [proposed] ORDER

This matter came before the Court on the Parties' stipulated request for an order changing the time for Defendants to answer or otherwise respond to the Complaint in this action. The Court has carefully considered the stipulation and grants the Parties' stipulation.

Accordingly, it is ORDERED that the time for Defendants to answer or otherwise respond to Plaintiffs' Complaint in this action is extended from June 3, 2013, until and including September 3, 2013.

IT IS SO ORDERED.

DATED: June 3, 2013  _____
THE HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE