# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRISH HELP AT HOME LLC and BRIDGET McDERMOTT,<br><br>          Plaintiffs,<br><br>     vs.<br><br>ROSEMARY MELVILLE, California Service Center, U.S. Citizenship and Immigration Services; ALEXANDER MAYORKAS, Director, U.S. Citizenship and Immigration Services; U.S. DEPARTMENT OF HOMELAND SECURITY; JANET NAPOLITANO, Secretary,<br><br>          Defendants. | No. 3:13-cv-00943-MEJ<br><br>Date served: April 4, 2013<br>Current response date: September 3, 2013<br>New response date: October 3, 2013 |

### [proposed] ORDER

This matter came before the Court on the Parties' stipulated second request for an order changing the time for Defendants to answer or otherwise respond to the Complaint in this action. The Court has carefully considered the stipulation and grants the Parties' stipulation.

Accordingly, it is ORDERED that the time for Defendants to answer or otherwise respond to Plaintiffs' Complaint in this action is extended from September 3, 2013, until and including October 3, 2013.

IT IS SO ORDERED.

DATED: September 4, 2013         _____
                                 THE HON. MARIA-ELENA JAMES
                                 UNITED STATES MAGISTRATE JUDGE