# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRISH HELP AT HOME LLC and BRIDGET McDERMOTT,<br><br>  Plaintiffs,<br><br>  vs.<br><br>ROSEMARY MELVILLE, California Service Center, U.S. Citizenship and Immigration Services; ALEXANDER MAYORKAS, Director, U.S. Citizenship and Immigration Services; U.S. DEPARTMENT OF HOMELAND SECURITY; JANET NAPOLITANO, Secretary,<br><br>  Defendants. | No. 3:13-cv-00943-MEJ<br><br>Date served: April 4, 2013<br>Current response date: October 3, 2013 (stayed) |

## [proposed] ORDER

This matter came before the Court on Defendants' Notice of Restoration of Appropriations, Unopposed Motion To Vacate Stay, And Unopposed Request For Order Changing Time ("Motion"). The Court has carefully considered the Motion and grants the Motion.

Accordingly, it is ORDERED that the order staying this action is vacated, and it is

FURTHER ORDERED that Plaintiff has until and including October 29, 2013, to file and serve an amended complaint in this action, and Defendants have until and including November 12, 2013, to file and serve an answer or response to the amended complaint.

Order Vacating Stay
and Changing Time
No. 3:13-cv-00943-MEJ                    -1-

Case3:13-cv-00943-MEJ   Document12   Filed10/21/13   Page2 of 2

1     IT IS SO ORDERED.

2

3  DATED: October 21, 2013             _____

4                                       THE HON. MARIA-ELENA JAMES
                                      UNITED STATES MAGISTRATE JUDGE

Order Vacating Stay
and Changing Time
No. 3:13-cv-00943-MEJ                  -2-