STUART F. DELERY
Assistant Attorney General
Civil Division
COLIN A. KISOR
Acting Director, District Court Section
AARON S. GOLDSMITH
Senior Litigation Counsel
HANS H. CHEN
Trial Attorney
United States Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-4469, Facsimile: (202) 305-7000
Email: hans.h.chen@usdoj.gov
ATTORNEYS FOR DEFENDANTS

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRISH HELP AT HOME LLC and BRIDGET McDERMOTT,<br><br>    Plaintiffs,<br><br>  v.<br><br>ROSEMARY MELVILLE, California Service Center, U.S. Citizenship and Immigration Services; ALEXANDER MAYORKAS, Director, U.S. Citizenship and Immigration Services; U.S. DEPARTMENT OF HOMELAND SECURITY; JANET NAPOLITANO, Secretary,<br><br>    Defendants. | No. 3:13-cv-00943-MEJ |

## JOINT STATUS REPORT AND STIPULATION FOR STAY

Pursuant to the Court's April 18, 2014, status order, Plaintiffs Irish Help At Home LLC ("Irish Help At Home") and Bridget McDermott ("McDermott," and collectively with Irish Help At Home, "Plaintiffs") and Defendants Rosemary Melville, Alexander Mayorkas, U.S.

Joint Status Report and
Stipulation for Stay
No. 3:13-cv-00943-MEJ

United States Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Washington, D.C. 20044
(202) 307-4469

Department Of Homeland Security ("DHS"), and Jeh Johnson[1] (collectively "Defendants," and collectively with Plaintiffs, the "Parties") stipulate as follows:

This is an immigration case in which Plaintiffs challenge the denial by United States Citizenship and Immigration Services ("USCIS") of Plaintiffs' petition for an H-1B visa for its prospective employee, McDermott ("H-1B Petition").

The principal issue in this case is whether the certified administrative record ("CAR") supports USCIS's decision denying Plaintiffs' H-1B Petition.  Plaintiffs contends that because the CAR does not support AAO's decision, the agency's decision is arbitrary and capricious. *See* 5 U.S.C. § 706(2)(A).  Defendants contend that the CAR supports the AAO's decision and the Court must defer to the agency's reasonable interpretation of its governing regulations.  *See Auer v. Robbins*, 519 U.S. 452, 461-62 (1997).  In their first amended complaint, Plaintiffs seek an order directing Defendants to approve the H-1B Petition.  Plaintiffs do not seek damages.

USCIS initially denied Plaintiffs' H-1B Petition on December 13, 2012.  On March 1, 2013, Plaintiffs filed their complaint in this action.  On May 14, 2013, USCIS reopened the matter on its own motion.  On September 27, 2013, USCIS again denied the H-1B Petition but certified the decision to USCIS's Administrative Appeals Office ("AAO") for review.

From October 2, 2013, to October 21, 2013, this matter was stayed due to a lapse in appropriations to the United States Department of Justice.  (ECF Nos. 10, 12.)

On October 30, 2013, Plaintiffs filed their amended complaint to include allegations concerning USCIS's second denial of the H-1B Petition.  (ECF No. 13.)  On November 12, 2013, Defendants filed their answer to the amended complaint (ECF No. 14.)  Meanwhile, the H-1B Petition remained pending before the AAO.

On February 5, 2014, the AAO issued a written ruling affirming USCIS's visa denial.  On March 5, 2014, Plaintiffs filed a motion to reopen the AAO decision so that Plaintiffs could

---

[1] Jeh Johnson was sworn in as Secretary of the Department of Homeland Security on December 23, 2013.  Defendants therefore request that the Court substitute Secretary Johnson for former Secretary Janet Napolitano as a defendant in this action.  *See* Fed. R. Civ. P. 25(d).

Joint Status Report and
and Stipulation for Stay
No. 3:13-cv-00943-MEJ

United States Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Washington, D.C. 20044
(202) 307-4469

-2-

submit additional evidence to the AAO, supplement the CAR, and seek an administrative remedy to their claims.

Because Plaintiffs' motion to reopen remains pending before the AAO, Plaintiffs have not filed a second amended complaint that includes allegations relating to the AAO's February 5, 2014, decision or to Plaintiffs' motion to reopen.  Additionally, while the Parties believe that the Court can decide the entire case based on cross-motions for summary judgment, the Parties have not yet proposed a briefing schedule on cross-motions for summary judgment because the motion to reopen remains pending before the AAO.

To permit the AAO time to decide Plaintiffs' motion to reopen, the parties stipulate to an order imposing a forty-five day stay in this action.  If the motion to reopen remains pending before the AAO at the end of the forty-five day stay, the parties will submit a supplemental status report at the conclusion of the forty-five day stay period.  If the AAO has ruled on the motion to reopen before the conclusion of the forty-five day stay, the parties will submit, at the conclusion of the forty-five day stay period, a proposed schedule for Plaintiffs to file a second amended complaint, for Defendants to file their answer and to provide Plaintiffs with a CAR, and for briefing on the Parties' cross-motions for summary judgment.

Joint Status Report and
and Stipulation for Stay
No. 3:13-cv-00943-MEJ

United States Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Washington, D.C. 20044
(202) 307-4469

-3-

Dated:  May 1, 2014                          Respectfully submitted,

THE LAW OFFICE OF                            STUART F. DELERY
JAMES M. BYRNE                               Acting Assistant Attorney General
                                             Civil Division
*/s/James M. Byrne*
James M. Byrne                               COLIN A. KISOR
1374 Pacific Avenue                          Acting Director
San Francisco, California 94109              District Court Section
Tel: (415) 777-4444
Fax: (415) 777-0282                          AARON S. GOLDSMITH
jbyrne@byrne-law.net                         Senior Litigation Counsel

ATTORNEYS FOR PLAINTIFFS                     */s/ Hans H. Chen*
                                             HANS H. CHEN
                                             Trial Attorney
                                             United States Department of Justice
                                             Civil Division
                                             Office of Immigration Litigation
                                             District Court Section
                                             P.O. Box 868, Ben Franklin Station
                                             Washington, DC 20044
                                             Tel: (202) 307-4469
                                             Fax: (202) 305-7000
                                             hans.h.chen@usdoj.gov

                                             ATTORNEYS FOR DEFENDANTS

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:  _____ May 2, 2014 _____              _____
                                             THE HON. MARIA-ELENA JAMES
                                             UNITED STATES MAGISTRATE JUDGE

Joint Status Report and                      United States Department of Justice, Civil Division
and Stipulation for Stay                     Office of Immigration Litigation
No. 3:13-cv-00943-MEJ                         P.O. Box 868, Washington, D.C. 20044
                        -4-                          (202) 307-4469

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 1, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically filed Notices of Electronic Filing.

/s/ Hans H. Chen
HANS H. CHEN
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section

Stipulation to Amend Complaint
and to Establish Briefing Schedule
No. 3:13-cv-00943-MEJ

United States Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Washington, D.C. 20044
(202) 307-4469