# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRISH HELP AT HOME LLC and BRIDGET McDERMOTT,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ROSEMARY MELVILLE, California Service Center, U.S. Citizenship and Immigration Services; ALEXANDER MAYORKAS, Director, U.S. Citizenship and Immigration Services; U.S. DEPARTMENT OF HOMELAND SECURITY; JANET NAPOLITANO, Secretary,<br><br>　　　　Defendants. | No. 3:13-cv-00943-MEJ |

## ~~[proposed]~~ ORDER

This matter came before the Court on the Parties' Second Joint Status Report and Stipulation For Stay ("Stipulation"). The Court has carefully considered the Stipulation and grants the Stipulation.

Accordingly, it is ORDERED that this action is stayed for sixty days, from June 16, 2014, until and including August 15, 2014. Upon the conclusion of this sixty day period, the Parties shall submit a status report. If the United States Citizenship and Immigration Service Administrative Appeals Office has ruled on Plaintiffs' administrative motion to reopen before the conclusion of the sixty day stay period, the Parties shall also submit, at the conclusion of the sixty day stay period, a proposed schedule for Plaintiffs to file a second amended complaint, for

1  Defendants to file their answer and to provide Plaintiffs with a certified administrative record,
2  and for briefing on the Parties' cross-motions for summary judgment.
3      IT IS SO ORDERED.

4
5  DATED: June 18, 2014  _____
6                                          THE HON. MARIA-ELENA JAMES
                                        UNITED STATES MAGISTRATE JUDGE