**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IRISH HELP AT HOME LLC and BRIDGET McDERMOTT,<br><br>        Plaintiffs,<br><br>  vs.<br><br>ROSEMARY MELVILLE, California Service Center, U.S. Citizenship and Immigration Services, et al.,<br><br>        Defendants. | No. 3:13-cv-00943-MEJ |

**[proposed] ORDER**

This matter came before the Court on Defendants' Unopposed Motion to Extend Briefing Schedule ("Motion"). The Court has carefully considered the Motion and, for good cause shown, grants the Motion.

Accordingly, it is ORDERED that the briefing schedule for the Parties' cross-motions for summary judgment is extended as follows:

| | |
|---|---|
| Cross-motions for summary judgment due on or before: | November 24, 2014 |
| Cross-opposition briefs due on or before: | December 22, 2014 |
| Cross-reply briefs (if any) due on or before: | January 5, 2015 |
| Hearing on cross-motions:<br>10:00 a.m., before Magistrate Judge Maria-Elena James. | January 22, 2015, |

1   IT IS SO ORDERED.

2
    DATED: November 6, 2014        _____
3                                  THE HON. MARIA-ELENA JAMES
4                                  UNITED STATES MAGISTRATE JUDGE

Order Extending
Briefing Schedule
No. 3:13-cv-00943-MEJ                    -2-