UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRISH HELP AT HOME LLC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROSEMARY MELVILLE, et al.,<br><br>    Defendants. | Case No. 13-cv-00943-MEJ<br><br>**ORDER IN PREPARATION FOR HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. Nos. 28. 29 |

On January 22, 2015, the Court will hear the parties' arguments on their cross-motions for summary judgment. Dkt. Nos. 28 & 29. The parties should come prepared to discuss and present authority in support of their positions related to the following topics:

1) Whether the United States Citizenship and Immigration Service ("USCIS") considered the letter from the California Association for Health Services at Home, stating that "it is a general prerequisite, that a position of this kind [the deputy controller position] be filled with a possessor of a four year Bachelor's degree in Financing." Admin. R. 322. If not, what is the impact of USCIS's failure to consider this evidence?

2) Whether the submission of the beneficiary's academic records was mandatory under 8 C.F.R. § 214.2(h)(4)(iv), and whether Plaintiffs' failure to submit those records necessarily requires the denial of their petition.

3) Whether 5 U.S.C. § 704 or another authority permits the Court to review USCIS's procedural actions, including its choice to not to issue a Request for Evidence of the

1   beneficiary's academic records.

3   4) Whether the document "SUBJECT: Requests for Evidence and Notices of Intent to Deny,
4   2013 WL 2729808," a June 3, 2013 USCIS Policy Memorandum, provides any authority
5   in interpreting 8 C.F.R. § 103.2(b)(8).

7   5) Whether the Court may remand this matter to USCIS for consideration of evidentiary
8   issues or other matters.

11   **IT IS SO ORDERED.**

13   Dated: January 21, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge